[No. 11534-1-I.   Division One.   April 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
H. DeWITT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-03313-6, James J. Dore, J., entered Feb-
ruary 26, 1982. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Andersen, C.J., and Corbett, J.